**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | ) No. 14-17983 |
| | ) |
| TERRENCE BARR, | ) ORDER ON MOTION FOR SALE OF |
| | ) PROPERTY FREE AND CLEAR OF LIENS |
| Debtor. | ) |
| | ) |

THIS MATTER having come regularly before the Honorable Marc L. Barreca of the above entitled Court upon the Trustee's Motion for Sale of Property Free and Clear of Liens, it appearing that all interested parties have received notice and no objection to the motion having been filed, or said objection having been incorporated into the terms of this order, now therefore

IT IS HEREBY ORDERED that the Trustee, Edmund J. Wood, is authorized to sell the estate's interest in the real property located at 6710 Flora Ave S, Seattle, WA, for the sum of $250,000.00 to PNT74 LLC, and/or assigns, subject to prior written approval of The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of the CWALT Inc. Alternative Loan Trust 2006-OC10, Mortgage Pass-Through Certificates, Series 2006-OC10 (hereinafter referred to as "The Bank of New York Mellon").

**ORDER ON MOTION FOR SALE OF**
**PROPERTY FREE AND CLEAR OF LIENS - 1**

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 1300
Seattle, WA 98101
(206) 682-5002

1   IT IS FURTHER ORDERED that the Purchase and Sale Agreement between the Trustee and PNT74 LLC, and/or assigns, shall be and is hereby approved, subject to prior written approval of The Bank of New York Mellon.

IT IS FURTHER ORDERED that after payment of all costs of closing, including real estate commissions, property taxes, excise taxes and other closing costs, together with a buyer's premium to the estate in the amount of $20,000.00, the estate is authorized to pay at closing the first position Deed of Trust of The Bank of New York Mellon in full or such other amount as The Bank of New York Mellon agrees to.

IT IS FURTHER ORDERED that the sale shall be free and clear of all liens and interests, and this Order shall constitute the equivalent of a request for reconveyance from The Bank of New York Mellon.

IT IS FURTHER ORDERED that the calculation of the maximum Trustee's compensation in this case, pursuant to 11 U.S.C. § 326, may include the applicable percentage amount for monies disbursed as a result of this sale transaction. However, such amount resulting from this transaction shall not exceed one half of the buyer's premium, less the amount of allowed fees incurred by the Trustee's attorney in connection with this sale transaction.

IT IS FURTHER ORDERED that necessary costs of sale, including real estate commissions, excise taxes, property taxes and other closing costs, shall be and are hereby approved and may be paid from the proceeds of sale.

IT IS FURTHER ORDERED that said sale will be free and clear of all liens and interests, said liens and interests to attach to the proceeds of the sale.

IT IS FURTHER ORDERED that this Order shall be effective immediately

**ORDER ON MOTION FOR SALE OF**
**PROPERTY FREE AND CLEAR OF LIENS - 2**

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 1300
Seattle, WA 98101
(206) 682-5002

notwithstanding the provisions of BR 6004 (h).

///End of Order///

Presented by:

 /s/ Kathryn A. Ellis
Kathryn A. Ellis, WSBA #14333
Attorney for Trustee

Copy received; approved as to form and content; Notice of Presentation waived:

 /s/ Jennifer Aspaas
Jennifer Aspaas, WSBA #26303
Attorney for The Bank of New York Mellon

C:\Shared\KAE\Dox\Barr\sale_ord.wpd

**ORDER ON MOTION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS - 3**

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 1300
Seattle, WA 98101
(206) 682-5002

Case 14-17983-MLB    Doc 43    Filed 02/20/15    Ent. 02/20/15 13:51:10    Pg. 3 of 3